**DICKENSON, PEATMAN & FOGARTY**
J. Scott Gerien (SBN 184728)
sgerien@dpf-law.com
John N. Heffner (SBN 221557)
jheffner@dpf-law.com
Aaron D. Currie (SBN 245348)
acurrie@dpf-law.com
1455 First Street, Ste. 301
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6816

Attorneys for Plaintiff
JAM CELLARS, INC.

**COX, WOOTTON, LERNER, GRIFFIN, HANSEN & POULOS, LLP**
Rupert P. Hansen (SBN 82302)
rhansen@cwlfirm.com
Marc A. Centor (SBN 252011)
mcentor@cwlfirm.com
190 The Embarcadero
San Francisco, CA 94105
Telephone: 415-438-4600
Facsimile: 415-438-4601

Attorneys for Defendant
CULT OF 8, INC.

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Eric J. Shimanoff (admitted *pro hac vice*)
ejs@cll.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: 212-790-9200
Facsimile: 212-575-0671

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAM CELLARS, INC.,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CULT OF 8, INC.,<br><br>　　　　　Defendant. | Case No. 5:13-cv-05680-RMW<br><br>**[] ORDER GRANTING STIPULATED REQUEST TO ADJOURN INITIAL CASE MANAGEMENT CONFERENCE**<br>**(N.D. Cal. Local Rule 6-2)** |

[] ORDER GRANTING STIP. REQUEST TO ADJOURN INITIAL CASE MANAGEMENT CONFERENCE

1  On February 28, 2014, pursuant to Local Rule 6-2, the parties submitted a stipulated request to adjourn the initial case management conference currently scheduled for Friday, March 28, 2014 at 10:30 a.m. by one week until Friday, April 4, 2014 at 10:30 a.m.

After considering the stipulation and supporting declaration, and good cause appearing, the Court grants the parties' request. Accordingly, the Court adjourns the initial case management conference in this action until Friday, April 4, 2014 at 10:30 a.m. in Courtroom 6, 4th Floor, San Jose. The parties' joint case management statement is due by Friday, March 28, 2014.

**IT IS SO ORDERED.**

DATED:_____          _____
                                        Hon. Ronald M. Whyte
                                        United States District Judge