UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-FILED

JaM Cellars, Inc.,
_____,
                    Plaintiff(s),

                    v.

Cult of 8, Inc.,
_____,
                    Defendant(s).
_____/

CASE NO.  CV 13-05680 RMW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
        ☐    Non-binding Arbitration (ADR L.R. 4)
        ☐    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        ☑    Mediation (ADR L.R. 6)

        *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
        appreciably more likely to meet their needs than any other form of ADR must participate in an
        ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
        ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ☐    Private ADR *(please identify process and provider)* _____

_____

The parties agree to hold the ADR session by:
        ☐    the presumptive deadline *(The deadline is 90 days from the date of the order
             referring the case to an ADR process unless otherwise ordered. )*

        ☑    other requested deadline   60 days from the date of the Order
_____

Dated: 3/13/14                          _____
                                        Attorney for Plaintiff

Dated: 3/13/14                          _____
                                        Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

[PROPOSED] ORDER

☑ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: | DEF |

*Ronald M. Whyte*

UNITED STATES  DISTRICT  JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket
Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11