DICKENSON, PEATMAN & FOGARTY
J. Scott Gerien (SBN 184728)
sgerien@dpf-law.com
John N. Heffner (SBN 221557)
jheffner@dpf-law.com
Aaron D. Currie (SBN 245348)
acurrie@dpf-law.com
1455 First Street, Ste. 301
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6816

Attorneys for Plaintiff and Counterdefendant,
JAM CELLARS, INC.

COX, WOOTTON, LERNER,
GRIFFIN, HANSEN & POULOS, LLP
Rupert P. Hansen (SBN 82302)
rhansen@cwlfirm.com
Marc A. Centor (SBN 252011)
mcentor@cwlfirm.com
190 The Embarcadero
San Francisco, CA 94105
Telephone: 415-438-4600
Facsimile: 415-438-4601

COWAN, LIEBOWITZ & LATMAN, P.C.
Eric J. Shimanoff (admitted *pro hac vice*)
ejs@cll.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: 212-790-9200
Facsimile: 212-575-0671

Attorneys for Defendant and Counterclaimant,
CULT OF 8, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JaM Cellars, Inc.,<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>Cult of 8, Inc.,<br><br>    Defendant and Counterclaimant. | CASE NO. 5:13-cv-05680-RMW (PSG)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER** |

1

Plaintiff and Counterdefendant, Jam Cellars Inc. ("Plaintiff") and Defendant and Counterclaimant, Cult of 8, Inc. ("Defendant"), through their counsel of record, hereby submit this Stipulated Request for Order Changing Time pursuant to Civil Local Rule 6-2.

Plaintiff has amended the complaint in this matter, with the consent of Defendant, to add two new defendants recently disclosed as having potential ownership interests in the trademark at issue in the dispute. The need for the extension of the current case management deadlines has been precipitated by the addition of these new defendants to the matter. This is set forth in greater detail in the Declaration of J. Scott Gerien submitted concurrently herewith which sets forth the need for such change of time.

The parties request that the current case management deadlines be extended as set forth below. This is the first such request for an extension of deadlines in this matter.

**PROPOSED NEW CASE MANAGEMENT SCHEDULE DEADLINES**

| Event | Current Date | Proposed New Date |
| --- | --- | --- |
| Fact Discovery Ends | 10/10/14 | 2/27/15 |
| Expert Reports Due | 11/10/14 | 3/30/15 |
| Rebuttal Expert Reports Due | 12/09/14 | 4/30/15 |
| Expert Discovery Ends | 1/16/15 | 5/22/15 |
| Dispositive Motions Made | 2/06/15 | 6/19/15 |
| Opposition to Dispositive Motion | | 7/10/15 |
| Reply to Opposition to Dispositive Motion | | 7/24/15 |
| Hearing on Dispositive Motion | 3/27/15 | 8/07/15 |
| Joint Pretrial Statement Due | 5/29/15 | 10/23/15 |
| Pretrial Conference | 6/4/15 | 10/29/15 |
| Jury Trial | 6/15/15 | 11/09/15 |

///

///

2

STIPULATED REQUEST FOR ORDER
CHANGING TIME; [PROPOSED] ORDER

CASE NO. 5:13-cv-05680-RMW (PSG)

Respectfully Submitted,

Date: October 1, 2014                DICKENSON, PEATMAN & FOGARTY

By:   /s/ J. Scott Gerien
      J. Scott Gerien
      John N. Heffner
      Aaron D. Currie

      1455 First Street, Ste. 301
      Napa, California  94559
      Telephone: 707-252-7122
      Facsimile: 707-255-6876

Attorneys for Plaintiff and Counterdefendant,
JAM CELLARS, INC.

Date: October 1, 2014                COWAN, LIEBOWITZ & LATMAN, P.C.

By    /s/ Eric J. Shimanoff
      Eric J. Shimanoff

      1133 Avenue of the Americas
      New York, NY 10036
      Telephone: (212) 790-9200
      Facsimile: (212) 575-0671

Attorneys for Defendant and Counterclaimant,
CULT OF 8, INC.

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1, I hereby attest that I have obtained concurrence of the above noted signatories as indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: October 1, 2014           By:   /s/ J. Scott Gerien
                                       J. Scott Gerien

Attorneys for Plaintiff and Counterdefendant,
JAM CELLARS, INC.

3

1 <center>[PROPOSED] ORDER</center>

2   PURSUANT TO STIPULATION, IT IS ORDERED.

3   Date: _____FED_____, 2014       *Ronald M. Whyte*

4                                      HONORABLE RONALD M. WHYTE
                                       UNITED STATES DISTRICT JUDGE