DICKENSON, PEATMAN & FOGARTY
J. Scott Gerien (SBN 184728)
sgerien@dpf-law.com
John N. Heffner (SBN 221557)
jheffner@dpf-law.com
Aaron D. Currie (SBN 245348)
acurrie@dpf-law.com
1455 First Street, Ste. 301
Napa, California 94559
Telephone: 707-252-7122
Facsimile: 707-255-6816

Attorneys for Plaintiff and Counterdefendant,
JAM CELLARS, INC.

| | |
|---|---|
| COX, WOOTTON, LERNER, GRIFFIN, HANSEN & POULOS, LLP<br>Rupert P. Hansen (SBN 82302)<br>rhansen@cwlfirm.com<br>Marc A. Centor (SBN 252011)<br>mcentor@cwlfirm.com<br>190 The Embarcadero<br>San Francisco, CA  94105<br>Telephone: 415-438-4600<br>Facsimile: 415-438-4601 | COWAN, LIEBOWITZ & LATMAN, P.C.<br>Eric J. Shimanoff (admitted *pro hac vice*)<br>ejs@cll.com<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212-790-9200<br>Facsimile: 212-575-0671 |

Attorneys for Defendant and Counterclaimant,
CULT OF 8, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JaM Cellars, Inc.,<br><br>  Plaintiff and Counterdefendant,<br><br>  vs.<br><br>Cult of 8, Inc.,<br><br>  Defendant and Counterclaimant. | CASE NO.  5:13-cv-05680-RMW (PSG)<br><br>**STIPULATED MOTION TO SUSPEND PROCEEDINGS AND STAY ALL DEADLINES; [] ORDER** |

1

The parties in this proceeding have reached a settlement in principle. However, the close of discovery is set to occur on February 27, 2015 and the parties still need to prepare and finalize a written settlement agreement. Accordingly, the parties, by signature of their counsel below, respectfully move this Court to suspend proceedings and stay all deadlines in this matter for thirty (30) days while the parties attempt to finalize the settlement agreement and dismiss the case.

Respectfully Submitted,

Date: February 10, 2015                DICKENSON, PEATMAN & FOGARTY

By:   /s/ J. Scott Gerien
      J. Scott Gerien
      John N. Heffner
      Aaron D. Currie

      1455 First Street, Ste. 301
      Napa, California  94559
      Telephone: 707-252-7122
      Facsimile: 707-255-6876

Attorneys for Plaintiff and Counterdefendant,
JAM CELLARS, INC.

Date: February 10, 2015                COWAN, LIEBOWITZ & LATMAN, P.C.

By   /s/ Eric J. Shimanoff
     Eric J. Shimanoff

     1133 Avenue of the Americas
     New York, NY 10036
     Telephone: (212) 790-9200
     Facsimile: (212) 575-0671

Attorneys for Defendant and Counterclaimant,
CULT OF 8, INC.

**[] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that proceedings in this matter be suspended and all deadlines be stayed for thirty (30) days so that the parties may attempt to finalize a settlement agreement and dismiss the case.

Date: _____, 2015

*Ronald M. Whyte*
_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE